IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3093 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARCUS ANTWAN BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |

A conference with counsel was held. On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that the defendant's sentencing is continued to Wednesday, February 20, 2008, at 12:30 p.m., before Judge Kopf, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 17, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge